# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# JASPER DIVISION

| | |
|---|---|
| **JOHNNY BURNETTE,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | **CIVIL ACTION NO.:** |
| ) | **6:13-cv-01506-HNJ** |
| **WALKER COUNTY COMMISSION,** ) | |
| ) | |
| **Defendant.** ) | |

## JOINT MOTION FOR APPROVAL OF SETTLEMENT

COMES NOW the Parties and hereby respectfully file this Joint Motion for Approval of Settlement. The Parties ask the Court to issue an Order approving their Agreement for the compromise and dismissal of this matter, which involves claims brought by Plaintiff, under the Fair Labor Standards Act ("FLSA"). In support of this Motion, the Parties state as follows:

1. This lawsuit was filed by Plaintiff under the FLSA. Under the FLSA, any settlement between the Parties must be approved by the Court (or the Department of Labor) as being fair and consistent with the purposes of the Act.

2. The Parties have entered into a FLSA Settlement Agreement and Release (the "Agreement") representing a fair and reasonable compromise of disputed claims. Consistent with the decision in *Lynn's Food Stores, Inc. v. United*

*States*, 679 F.2d 1350 (11th Cir. 1982), the Parties are seeking approval of the Agreement.

3. There has been a bona fide dispute regarding the existence and amount of liability for compensation owed to Johnny Burnette for overtime work pursuant to the Fair Labor Standards Act throughout the course of this litigation. Specifically, Burnette alleged two claims in this action, as follows: 1) a claim for compensatory time accrued during his employment up to Four Hundred and Eighty (480) hours; and, 2) a claim for additional overtime pay accrued during the three years' prior to the filing of this lawsuit. The Walker County Commission has denied liability as to either claim and has maintained that Burnette was paid for all time worked and has also asserted additional defenses.

4. After extensive discovery and negotiation, the Parties have agreed to settle this bona fide dispute for the total amount of Fifty-Five Thousand and Five Hundred and 00/100 Dollars ($55,500), as follows:

- Payment to Burnette of $9,710 for all compensatory time owed under the FLSA;

- Payment representing the settlement of Burnette's claim for associated attorneys' fees and expenses in the amount of $45,790.

This settlement represents full payment for the first claim for accrued, unused compensatory time and a compromise of attorneys' fees and costs.

5. The Parties have agreed to the amounts and terms and conditions of settlement and Walker County Commission has formally approved the amount of the settlement.

6. The Parties to this lawsuit have engaged in substantial discovery regarding the claims asserted therein, and have extensively evaluated the merits of the case. The Parties represent to the Court that their Agreement is fair, equitable, and reasonable, in compliance with the provisions and policies of the FLSA, and in the best interests of the Plaintiff and Defendant. The Parties, through their counsel, have conducted a thorough and diligent investigation into the facts of the case. In addition, the Parties certify that the settlement is in their clients' best interest, in light of all known facts, including the difficulty, expense, and uncertainty of litigation, viability of claims asserted by Plaintiff, the defenses asserted by Defendant, and the uncertainty of result and collection through continued litigation and appeal. The Parties have engaged in arms-length negotiations resulting in this settlement.

7. The Parties therefore respectfully request that this Court approve this settlement as a fair and reasonable compromise of a bona fide dispute as to the liability of the Walker County Commission to Johnny Burnette under the Fair Labor Standards Act.

DONE this 6th day of June, 2018.

| | |
|---|---|
| **s/Rocco Calamusa, Jr.** | **s/Jamie Helen Kidd** |
| ROCCO CALAMUSA, JR. | JAMIE HELEN KIDD (ASB-7661-M76H) |
| KEVIN W. JENT | J. RANDALL MCNEILL (ASB-4841-E29J) |
| Attorneys for Plaintiff | Attorneys for Defendant |
| WIGGINS, CHILDS, QUINN & PANTAZIS, LLC | WEBB & ELEY, P.C. |
| The Kress Building | 7475 Halcyon Pointe Drive (36117) |
| 301 19th Street North | P.O. Box 240909 |
| Birmingham, AL 35103 | Montgomery, AL 36124 |
| (205) 314-0545 – T | (334) 262 1850 – T |
| (205) 254-1500 – F | (334) 262-1772 – F |
| rcalamusa@wigginschilds.com | jkidd@webbeley.com |
| kjent@wigginschilds.com | rmcneill@webbeley.com |